UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.B., an infant, by his mother and natural guardian, DORIS MALDONADO ALVEREZ, and DORIS MALDONADO ALVEREZ, individually

      Plaintiffs,

 - *against* –

UNITED STATES OF AMERICA,

      Defendant.

16 CV 2554 (LMS)

**ORDER**

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.**[1]

  The undersigned has reviewed Plaintiffs' counsel's submissions supporting its motion to approve an infant compromise order in this case.  ECF Nos. 68, 69.  These submissions include unredacted references to the infant in this case, whose identity is confidential pursuant to the local rules, and sensitive medical records.  For that reason, the undersigned respectfully requests the Clerk of Court to restrict access to ECF Nos. 68 and 69 to the parties in this case, A.B., an infant, Doris Maldonado Alverez, and the United States of America and their attorneys.

Dated: June 5, 2020
   White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York

---

[1] The parties consented to the undersigned's exercise of jurisdiction over this matter pursuant to 28 U.S.C. § 636(c) on October 17, 2016.  ECF No. 15.